JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. RAMIREZ,<br><br>                                    Petitioner,<br><br>                    v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>                                    Respondent. | Case No. LACV 19-8424-SB (LAL)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated:  February 28, 2022

_____
             Stanley Blumenfeld, Jr.
          United States District Judge